1
2
3
4
5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:12-CR-079-HDM-(WGC) |
| BRUCE COLE, | ) ) ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On March 6, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) based upon the plea of guilty by defendant BRUCE COLE to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant BRUCE COLE pled guilty. Indictment, ECF No. 3; Plea Agreement, ECF No. 30; Change of Plea, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 34.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 11, 2014, through April 9, 2014, notifying all potential third parties; and notified known third parties, by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 35.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  The United States has withdrawn and rescinded its forfeiture interests in the real property
6  located at 18336 Whitebark Court, Reno, Nevada, as described in the Preliminary Order of Forfeiture
7  (#34).
8  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
9  Preliminary Order of Forfeiture (#34) is hereby amended and superceded to provide that all right, title,
10 and interest in the property hereinafter described, and only such property, is condemned, forfeited, and
11 vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
12 Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21,
13 United States Code, Section 853(n)(7) and shall be disposed of according to law:
14 United States Currency in the amount of $429,000.00 seized on July 20, 2012, from the
15 premises located at 18336 Whitebark Court, Reno, Nevada, as part of the search of the
16 premises.
17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeiture interests of
18 the United States regarding the real property located at 18336 Whitebark Court, Reno, Nevada, as
19 described in the Preliminary Order of Forfeiture (#34), has been withdrawn and rescinded by the
20 United States and no forfeiture of said real property is effected in this criminal proceeding.
21 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
22 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
23 income derived as a result of the United States of America's management of any property forfeited
24 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
25
26

1     The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 certified copies to the United States Attorney's Office.

3     DATED this <u>4th</u> day of <u>September</u>, 2014.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE