UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00079-HDM-WGC |
| Plaintiff, | |
| v. | ORDER |
| BRUCE COLE, | |
| Defendant. | |

Defendant Bruce Cole has filed a second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 53). The government has opposed (ECF No. 55), and Cole has replied (ECF No. 56).

The court denied Cole's first motion for compassionate release on the grounds that although some of his conditions might place him at greater risk of COVID-19 complications should he contract the virus, extraordinary and compelling reasons did not exist because Cole was not in the highest risk group for COVID-19 complications and the virus did not appear to be spreading rapidly in his institution, FCI Sheridan. The court further concluded that even if extraordinary and compelling reasons did exist, the factors set forth in 18 U.S.C. § 3553(a) did not support the shortening of Cole's sentence. Cole has now filed another motion for

1

1   compassionate release, arguing that new facts identified compel
2   the court to reweigh the relevant factors and that, after doing
3   so, it should now grant compassionate release.
4        Cole asserts that cases of COVID-19 have increased rapidly in
5   his institution since the court's last order, numbering 24 active
6   cases at the time of filing his motion. He asserts that this,
7   combined with the emergence and spread of more severe variants of
8   the coronavirus, his underlying medical conditions, and the
9   continued failure of BOP to treat his current and newly discovered
10  medical conditions, amount to extraordinary and compelling reasons
11  for his release and justify a conclusion that early release is
12  justified under the § 3553(a) factors.
13       The number of active COVID-19 cases in FCI Sheridan has
14  dropped from 24 at the time of the filing of Cole's motion to 7 as
15  of the date of this order, which does not support a conclusion
16  that the virus is currently spreading rapidly in Cole's
17  institution. *See* https://www.bop.gov/coronavirus/ (last visited
18  Feb. 18, 2021). Further, the court agrees with the government that
19  there is a substantial likelihood that Cole, as an inmate
20  incarcerated with the Bureau of Prisons, will receive the COVID-
21  19 vaccine relatively soon -- or at least sooner than if he were
22  released from custody. At a minimum, the vaccine will protect Cole
23  from the most severe outcomes of contracting the virus if not
24  prevent him from contracting it altogether. The new facts
25  identified by Cole thus do not persuade the court that
26  extraordinary and compelling reasons now exist or that the
27  § 3553(a) factors now favor release.
28

In accordance with the foregoing, Cole's second motion for compassionate release (ECF No. 53) is hereby DENIED.

IT IS SO ORDERED.

DATED: This 18th day of February, 2021.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE